# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAELA E., | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:22-cv-00029-NT |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|        Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 4, 2022, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 14). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**, the Commissioner's Decision is **VACATED**, and the case is **REMANDED** for further proceedings.

SO ORDERED.

                                                /s/ Nancy Torresen
                                                United States District Judge

Dated this 26th day of October, 2022.